UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA                    Case No.: 6:19−cv−00707−BR

    Plaintiff,

v.

**$2,457,790.72 IN FUNDS, et al.**

    Defendant.

### Civil Case Assignment Order

**1.      Presiding Judge:** The above referenced case has been filed in the Eugene Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge............................Hon. Anna J. Brown
> Presiding Judge's Suffix Code*............................BR
>
> *These letters must follow the case number on all future filings.

**2.      Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

    Jacob Yerke
    Telephone:  503−326−8053
    Email:  jacob_yerke@ord.uscourts.gov

**3.      Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

    Telephone:  541−431−4100

**4.      Place of Filing:** Any paper filings must be submitted to the Clerk of Court, (*See* LR 3−1, LR 5−5.)

**5.      District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.      Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**DATED:**  May 7, 2019                                **MARY L. MORAN**
                                                            **Clerk of Court**

                                                        by:  /s/ K. Finerson
                                                               K. Finerson, Deputy Clerk