UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$2,457,790.72 in funds seized from JPMorgan Chase Bank account #xxx0905;<br>$1,266,650.00 in funds seized from JPMorgan Chase Bank account #xxx3511;<br>$1,383.68 in funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in funds seized from JPMorgan Chase Bank account #xxx8881;<br>$32,921.00 US Currency;<br>$1,940.77 US Currency;<br>31.53810677 BTC;<br>1,022.39066800 ETH; and<br>5.74017141 BCH;<br>*in rem*,<br><br>    Defendants. | 6:19-cv-00707-BR<br><br>WARRANT FOR ARREST AND SEIZURE OF PROPERTY |

TO:    THE INTERNAL REVENUE SERVICE

Based upon the complaint *in rem* filed herein praying that process issue for the arrest of defendants, *in rem*, $2,457,790.72 in funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US

**Warrant for Arrest and Seizure of Property**    **Page 1**

Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH (hereinafter "Assorted Funds"), and the Court being satisfied that based upon the verified complaint filed in the above-entitled civil *in rem* forfeiture action that there is probable cause to believe that defendants, *in rem,* Assorted Funds represent proceeds traceable to a violation of 18 U.S.C. § 2319 (Copyright Infringement), thereby subjecting them to forfeiture pursuant to 18 U.S.C § 2323 and 18 U.S.C. § 981(a)(1)(C) and defendants, *in rem,* Assorted Funds also represent property involved in a transaction in violation of 18 U.S.C. § 1957 (Money Laundering), thereby subjecting them to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

You are hereby commanded to arrest and take into your possession until further order of the Court, defendants, *in rem*, Assorted Funds.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendants may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous. 18 U.S.C. § 983(h)(1) The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or <u>30 days</u> after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an answer to the complaint under Rule G(5)(b) within <u>21 days</u> after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, OR  97204. The claim and answer must be served upon Amy E. Potter, Assistant United States Attorney, 1000 SW 3rd

**Warrant for Arrest and Seizure of Property**                                                                                       **Page 2**

Ave., Suite 600, Portland, OR 97204. Default and forfeiture may be ordered if these procedures are not followed. 18 U.S.C. § 983(a)(4)(A); Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

DATED this 7th day of May 2019.

_____
**HONORABLE ANNA J. BROWN**
United States Senior District Judge