

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 6:19-cv-00707-BR |

| DEFENDANT | |
|---|---|
| $2,457,790.72, et. al. | See below |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZED |
|---|---|
| | $2,457,790.72, et. al. |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | |
|---|---|---|
| Amy E. Potter, Assistant United States Attorney<br>405 E. 8th Avenue, Suite 2400<br>Eugene, OR 97401-2708 | | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Pursuant to the Warrant for Arrest and Seizure of Property, the United States is directed to size the above-described assets, until further order of the Court.

| Signature of Attorney or other Originator requesting service on behalf of:<br>*s/ Amy E. Potter* | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NO. | DATE<br>5/7/19 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] HAVE PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC., NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>05/08/19 | TIME OF SERVICE<br>8:30 | [X] AM<br>[ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>McKibben Brandy M  Digitally signed by McKibben Brandy M  Date: 2019.05.08 08:30:56 -07'00' | | |

**REMARKS:**

Pursuant to the warrant for arrest and seizure of property, the United States seized the above-described assets.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT     ☐ FOR CASE FILE     ☐ LEAVE AT PLACE OF SERVICE     ☐ FILE COPY