BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
AMY E. POTTER
amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Street, Suite 2400
Eugene, Oregon  97401-2708
Telephone:    541-465-6771
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:19-cv-00707-BR |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH;** *in rem*, | |
| Defendants. | |

The United States filed this civil forfeiture case against assets belonging to claimant

Talon V. White.  The United States also filed a separate civil forfeiture case against real

property owned by White, which is stayed based on a pending criminal investigation against

White.  *See United States v. 935 SW 7th Street,* 6:18-cv-02057-BR.  (ECF Nos. 15, 16).  This case should be treated similarly.   The parties, therefore, request that this case be stayed while the criminal investigation is ongoing. *See* 18 U.S.C. § 981(g).

As for the status of the criminal investigation, White, through his counsel Rain Levy Minns (who is appearing *pro hac vice*), and the government are currently in negotiations in an effort to resolve the criminal matter.  The government believes that if a resolution is reached, it will resolve the forfeiture matters.  The parties are also discussing an interlocutory sale of the cryptocurrency.  If an agreement can be made for such a sale, the parties will approach the court for permission to conduct such a sale.

DATED:  September 16, 2019    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney