BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
AMY E. POTTER
amy.potter@usdoj.gov
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon   97401-2708
Telephone:   (541) 465-6771
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:19-cv-00707-BR |
| Plaintiff, | |
| v. | **NOTICE OF PUBLICATION OF CIVIL FORFEITURE** |
| **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905;** **$1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511;** **$1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881;** **$32,921.00 US Currency;** **$1,940.77 US Currency;** **31.53810677 BTC;** **1,022.39066800 ETH; and** **5.74017141 BCH;** *in rem*, | |
| Defendants. | |

   The United States of America, hereby files this notice of publication of forfeiture in

compliance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

**Notice of Publication of Civil Forfeiture**                                                                       Page 1

Claims and Asset Forfeiture Actions, as more particularly set forth in the declaration of Paralegal Dawn Susuico marked as Exhibit A.

DATED: **November 21, 2019**.

                  Respectfully submitted,

                  BILLY J. WILLIAMS
                  United States Attorney

                  *s/ Amy E. Potter*
                  **AMY E. POTTER**
                  Assistant United States Attorney