# DECLARATION of DAWN SUSUICO

I, Dawn Susuico, do hereby declare,

1. I am a paralegal in the United States Attorney's Office in the District of Oregon, and I am familiar with the facts of this case.

2. I affirmed that the United States Attorney's Office posted a Notice of Civil Forfeiture in *United States v. $2,457,790.72 in Funds et al, in rem*, 6:19-CV-00707-BR, on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on **May 8, 2019**, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of November 2019.

                *s/ Dawn Susuico*
                DAWN SUSUICO
                Paralegal