BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**AMY E. POTTER**
amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Street, Suite 2400
Eugene, Oregon  97401-2708
Telephone: (541) 465-6771
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:19-cv-00707-BR** |
| **Plaintiff,** | |
| **v.** | **WITHDRAWAL OF CLAIM** |
| | **AND ANSWER BY TALON** |
| | **WHITE** |
| **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH; *in rem*,** | |
| **Defendants.** | |

Sole claimant, Talon White, hereby knowingly and voluntarily withdraws his claim and answer filed in the above-captioned case.

_____          DATE: 11-25-19

TALON WHITE
Claimant

_____          DATE: 11/25/19

RAIN LEVY MINNS
  Attorney for Talon White