BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
AMY E. POTTER
amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Street, Suite 2400
Eugene, Oregon  97401-2708
Telephone:    541-465-6771
Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff,**<br><br>v.<br><br>**$2,457,790.72 in Funds seized from<br> JPMorgan Chase Bank account #xxx0905;<br>$1,266,650.00 in Funds seized from<br> JPMorgan Chase Bank account #xxx3511;<br>$1,383.68 in Funds seized from<br> JPMorgan Chase Bank account #xxx2125;<br>$200,653.71 in Funds seized from<br> JPMorgan Chase Bank account #xxx8881;<br>$32,921.00 US Currency;<br>$1,940.77 US Currency;<br>31.53810677 BTC;<br>1,022.39066800 ETH; and<br>5.74017141 BCH;**<br>*in rem*,<br><br>**Defendants.** | 6:19-cv-00707-BR<br><br>STATUS REPORT |

The United States filed this civil forfeiture case against assets belonging to claimant Talon V. White.   The United States also filed a separate civil forfeiture case against real property belonging to Mr. White.  *See United States v. 935 SW 7th Street,* 6:18-cv-02057-BR..

Both cases were stayed pending the completion of a criminal investigation against Mr. White.

Mr. White has pleaded guilty pursuant to a plea agreement with the government to copyright infringement and tax evasion. *See United States v. White*, 6:19-cr-504-AA. As part of this plea agreement, Mr. White agreed to withdraw his claims in both civil forfeiture cases and agreed to forfeiture of the assets. *Id.* at ECF No. 9. The parties anticipate that a portion of these funds will ultimately be transferred to the Clerk's Office for purposes of paying restitution as detailed in the plea agreement. Mr. White completed the claim withdrawals, which have been filed, and the United States is, therefore, moving to lift the stay and for a judgment of forfeiture.

DATED: December 19, 2019      Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney