BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
AMY E. POTTER
amy.potter@usdoj.gov
Assistant United States Attorney
405 E. 8th Avenue, Suite 2400
Eugene, Oregon   97401-2708
Telephone: (541) 465-6771
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:19-cv-00707-BR** |
| **Plaintiff,** | |
| **v.** | **MOTION TO LIFT STAY AND FOR ENTRY OF A DEFAULT JUDGMENT OF FORFEITURE** |
| **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905;** | |
| **$1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511;** | |
| **$1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881;** | |
| **$32,921.00 US Currency;** | |
| **$1,940.77 US Currency;** | |
| **31.53810677 BTC;** | |
| **1,022.39066800 ETH; and** | |
| **5.74017141 BCH;** | |
| *in rem*, | |
| **Defendants.** | |

The United States of America, by Billy J. Williams, United States Attorney, and Assistant

United States Attorney Amy E. Potter, hereby requests that this Court lift the stay previously

**Motion to Lift Stay and for Entry of a Default Judgment of Forfeiture**          **Page 1**

ordered in this case.    The parallel criminal case (6:19-cr-00504-AA) has been resolved as to the Claimant, and the justification for the stay is no longer at issue.

Further, pursuant to Rule 55, Fed. R. Civ. P., and Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the records and files in this action, moves this Court for entry of a default judgment of forfeiture against defendants, *in rem*, **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH;** and all persons claiming any right, title, or interest in or to these defendants for failure to plead, claim, answer, or otherwise defend this action after proper notice in this civil *in rem* forfeiture action was given by the United States of America.

This motion is supported by the Declaration of Assistant United States Attorney Amy E. Potter filed herewith pursuant to Rule 55, Fed. R. Civ. P., and L.R. 1030.

DATED: **December 19, 2019**.                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
**AMY E. POTTER**
Assistant United States Attorney

**Motion to Lift Stay and for Entry of a Default Judgment of Forfeiture**          **Page 2**