UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:19-cv-00707-BR |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT OF FORFEITURE** |
| **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905;** <br> **$1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511;** <br> **$1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881;** <br> **$32,921.00 US Currency;** <br> **$1,940.77 US Currency;** <br> **31.53810677 BTC;** <br> **1,022.39066800 ETH; and** <br> **5.74017141 BCH,** *in rem*, | |
| Defendants. | |

The Court finds the only claim (#5) filed is this case by Talon White has been withdrawn (#14) and no other party has filed a claim in the subject property. Accordingly, the Court GRANTS the government's Motion (#16) for Entry of a Default Judgment of Forfeiture.

IT IS ORDERED AND ADJUDGED that the defendants, *in rem*, **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan**

**Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH**, and all persons claiming any right, title, or interest in or to these defendants are in default for want of claim, answer, or other response or pleading, and such default is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that based upon such default and the records and files in this action, this Court has subject matter jurisdiction in this action and the defendants, *in rem*, **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH** are condemned and forfeited to the United States of America, free and clear of the claims of any and all persons, including, Tammy Pineda, Chandra Moore, and Talon White, claiming any right, title, or interest in or to these defendants. The United States Department of Treasury is directed to immediately transfer the custody and possession of the defendants, in rem, **$2,457,790.72 in Funds seized from JPMorgan Chase Bank account #xxx0905; $1,266,650.00 in Funds seized from JPMorgan Chase Bank account #xxx3511; $1,383.68 in Funds seized from JPMorgan Chase Bank account #xxx2125; $200,653.71 in Funds seized from JPMorgan Chase Bank account #xxx8881; $32,921.00 US Currency; $1,940.77 US Currency; 31.53810677 BTC; 1,022.39066800 ETH; and 5.74017141 BCH** to the Secretary of the Treasury for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

The parties will each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

**Dated:** December 20, 2019

_____
ANNA J. BROWN
United States Senior District Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
**AMY E. POTTER**
Assistant United States Attorney